| | | | |
|---|---|---|---|
| Com. v. Pietrazak ................... | 97 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 09/30/2016 | CP–23–CR–0001528–2015 (Delaware) |
| Com. v. Thornton ................... | 2087 MDA 2015 Affirmed | 09/30/2016 | CP–06–CR–0005515–2013 (Berks) |
| Com. v. Ramsey..................... | 2198 MDA 2015 Affirmed | 09/30/2016 | CP–22–CR–0004499–2013 (Dauphin) |
| In re: Relinquishment of A.F.; Appeal of J.F. .............................. | 228 MDA 2016 Affirmed | 09/30/2016 | A–62 of 2015 (Lackawanna) |
| In re Relinquishment of D.F.; Appeal of J.F. .............................. | 229 MDA 2016 Affirmed | 09/30/2016 | A–63 of 2015 (Lackawanna) |
| In re Relinquishment of N.F.; Appeal of J.F. .............................. | 230 MDA 2016 Affirmed | 09/30/2016 | A–64 of 2015 (Lackawanna) |
| In re Relinquishment of T.F.; Appeal of J.F. .............................. | 231 MDA 2016 Affirmed | 09/30/2016 | A–65 of 2015 (Lackawanna) |
| In re Relinquishment of D.F.; Appeal of R.F.............................. | 242 MDA 2016 Affirmed | 09/30/2016 | 2015–00063 (Lackawanna) |
| In re A.F.; Appeal of R.F. .............. | 243 MDA 2016 Affirmed | 09/30/2016 | A–62 of 2015 (Lackawanna) |
| Com. v. Duncan [34]................... | 1258 WDA 2015 Vacated and Remanded | 09/30/2016 | CP–17–CR–0000217–2013 (Clearfield) |

34. Petition for reargument denied December 7, 2016.